IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
AUG 17 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

| | | |
|---|---|---|
| SOY THOMAS | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | No.: 15  4679 |
| | : | |
| APOTHAKER SCIAN, P.C. and | : | JURY TRIAL DEMANDED |
| | : | |
| CAVALRY SPV I, LLC | : | |
| | : | |
| Defendants | : | |

## COMPLAINT

### INTRODUCTION

1. This action is brought against Defendant for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, et seq.

### JURISDICTION AND VENUE

2. This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

3. Venue is proper in this District Court pursuant to 28 U.S.C. § 1391 in that Defendants conduct business in this District, Plaintiff resides in this District, and a substantial part of the events giving rise to this action occurred in this District.



## PARTIES

4. Plaintiff, SOY THOMAS, is, and was at all times mentioned herein, an adult individual residing in Montgomery County, Pennsylvania.

5. Defendant, APOTHAKER SCIAN, P.C.("Apothaker") is, and was at all times mentioned herein, a law firm with offices at 520 FELLOWSHIP ROAD, C306, MOUNT LAUREL, New Jersey, 08054 and is a debt collector within the meaning of 15 U.S.C. § 1692a(6).

6. Defendant, CAVALRY SPV I, LLC, ("Cavalry") is, and was at all times relevant hereto, a business entity with offices at 500 SUMMIT LAKE DRIVE, SUITE 400, VALHALLA, NY, 10595 engaged in the business of purchasing debt.

## COUNT ONE
### Violation of the Fair Debt Collection Practices Act ("FDCPA")
### *15 U.S.C. § 1692, et seq.*
### *THOMAS v. APOTHAKER AND CAVALRY*

7. Plaintiff is, and was at all times mentioned herein, a "consumer" as the term is defined in 15 U.S.C. § 1692a(3).

8. Defendant Apothaker is, and was at all times mentioned herein, a "debt collector" as the term is defined in 15 U.S.C. § 1692a(6).

9. On or about October 22, 2014, Defendant Apothaker sent Plaintiff a letter stating that it represented Defendant Cavalry SPV I, LLC – a purported assignee of a debt purportly owed originally by Plaintiff to "Capital One Bank (USA), N.A." See **Exhibit A**.

10. In the letter, Defendant Apothaker stated it was attempting to collect from Plaintiff a debt on behalf of Defendant Cavalry.

11. Upon receiving the said letter, Plaintiff, on November 10, 2014, sent a letter, via certified mail, to Defendant Apothaker disputing the validity of the purported debt. **See Exhibit B**.

12. Defendant Apothaker received said letter of November 12, 2014 as evidenced by the signed green card, PS Form 3811, a copy of which is attached hereto as **Exhibit C**.

13. Defendant Apothaker failed to respond to Plaintiff's said letter and, instead, on March 11, 2015, proceeded to file a complaint against Plaintiff for the purported debt in the Montgomery County Court of Common Pleas. **See Exhibit D**.

14. Plaintiff then retained the services of his undersigned attorney to defend the lawsuit which included the filing of preliminary objections on April 14, 2015.

15. After the preliminary objections were filed, Defendant Apothaker discontinued the action against Plaintiff on April 24, 2015. **Id.**

16. Defendant Apothaker's aforesaid conduct constitutes violations of the following sections of the FDCPA:

    a) § 1692g(b) in that said Defendant continued its collection efforts despite the fact that it did not respond to Plaintiff's aforesaid letter.

    b) § 1692d by engaging in conduct the natural consequence of which is to harass, oppress, or abuse a person;

  c)  § 1692e by using any other false, deceptive, or misleading representation or means in connection with the debt collection;

  d)  § 1692e(2) by misrepresenting the character, amount or legal status of the alleged debt;

  e)  § 1692e(10) by using false representation or deceptive means to collect a debt;

  f)  § 1692f by using an unfair or unconscionable means to collect or attempt to collect the alleged debt;

  g)  § 1692f(1) by attempting to collect an amount not authorized by an agreement creating the purported debt or permitted by law.

17. The debt purportedly owed by Plaintiff to Defendant Cavalry was purchased from Capital One Bank (USA), N.A. after it had defaulted, thereby bringing Defendant Cavalry within the purview of the FDCPA.

18. Accordingly, Defendant Cavalry, as principal, is liable for the aforesaid violative acts of its agent, Defendant Apothaker.

19. Defendants' aforesaid conduct was done intentionally and in willful, wanton and reckless disregard of Plaintiff's rights for the purpose of coercing payment of a purported debt.

20. As a direct result of Defendants' aforesaid violative conduct, Plaintiff suffered actual damages including but not limited emotional distress and anxiety, hiring and attorney in connection with the defense of the lawsuit which was filed against him in Montgomery County, Pennsylvania, and incurring attorney's fees.

**WHEREFORE**, Plaintiff demands judgment against Defendants for,

    a)    actual damages pursuant to 15 U.S.C. § 1692k(a)(1);

    b)    statutory damages in the amount of $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A);

    c)    costs of suit and reasonable attorneys' fees pursuant to 15 U.S.C. § 1692k(a)(3);

    d)    such other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiffs hereby demand trial by jury on all triable claims.

LAW OFFICE OF JOSEPH M. ADAMS

By: _____
Joseph M. Adams, Esq.
Attorney ID: 58430
200 Highpoint Drive
Suite 211A
Chalfont, PA 18914 215-996-9977
Attorney for Plaintiff

# APOTHAKER SCIAN P.C.

*Formerly known as Apothaker & Associates, P.C.*

**ATTORNEYS AT LAW**

October 22, 2014

SOY THOMAS
37 SIMONS WAY
HUNTINGDON VALLEY, PA 19006-4248

RE: NAME OF CREDITOR TO WHOM THE DEBT IS OWED: CAVALRY SPV I, LLC,
AS ASSIGNEE OF CAPITAL ONE BANK (USA), N.A.
ORIGINAL CREDITOR: CAPITAL ONE BANK (USA), N.A.
AMOUNT OF THE DEBT: $4970.33 as of October 22, 2014
OUR FILE NO: ███

DEAR SOY THOMAS:

    Please be advised that this firm has been retained by CAVALRY SPV I, LLC, AS ASSIGNEE OF CAPITAL ONE BANK (USA), N.A. to obtain payment of the debt listed above.

    Unless you dispute the validity of the referenced debt or any portion thereof within 30 days after your receipt of this letter, this office will assume the debt to be valid. If within the 30-day period, you notify us in writing that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of a judgment against you (if a judgment has been entered), and a copy of such verification or judgment will be mailed to you by us. Upon your written request within the 30-day period, we will provide you with the name and address of the original creditor (if different from the creditor to whom the debt is owed). This is an attempt to collect a debt and all information obtained will be used for that purpose. This firm is a debt collector.

    For further information, or to make arrangements for the payment of the Amount of the Debt, call 800-672-0215.

                      Apothaker Scian P.C.
              A Law Firm Engaged in Debt Collection

                    Benjamin J. Cavallaro, Esquire

---

520 Fellowship Road Suite C306, PO Box 5496, Mt. Laurel, NJ 08054-5496
800 672.0215  800 757.4928f
856 780.1000  856 780.1020f
215 634.8920  215 634.8421f
*info a apothaker.com*



EXHIBIT A

Scanned by CamScanner

(November 10, 2014) — *sent out on the date shown by Certified Mail & Return Receipt. No response received.*

Benjamin J. Cavallaro, Esquire, Apothaker Scian P.C
520 Fellowship Rd Ste C306, Mt Laurel, NJ 08054-5496

Dear Mr. Cavallaro,

Re: File No: █████

This letter is being sent to you in response to a notice sent to me on October 22, 2014. Be advised that this is not a refusal to pay, but a notice sent pursuant to the Fair Debt Collection Practices Act, 15 USC 1692g Sec. 809 (b) that your claim is disputed and validation is requested.

This is NOT a request for "verification" or proof of my mailing address, but a request for VALIDATION made pursuant to the above named Title and Section. I respectfully request that your offices provide me with competent evidence that I have any legal obligation to pay you.

A typed letter showing an account number, balance due or any monthly statements are not validation but please provide me with ALL of the following:

1. What the money you say I owe is for;

2. Explain and show me how you calculated what you say I owe;

3. Provide me with copies of any papers that show I agreed to pay what you say I owe;

4. Provide me with a copy of the original application with my signature and all competent evidence that demonstrate I have the legal obligation to pay you.

6. Prove the Statute of Limitations has not expired on this account

If your office is able to provide the proper documentation as requested in the following Declaration, I will require at least 30 days investigating this information and during such time all collection activity must cease and desist. If your offices fail to respond to this validation request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from my credit file and a copy of such deletion request shall be sent to me immediately. I would also like to request, that all future communications with me MUST be done in writing and sent to the address noted in this letter by USPS.

Best Regards,

*[signature]*

Soy Thomas
37 Simons Way, Huntingdon Valley, PA 19006

EXHIBIT B

Scanned by CamScanner
Scanned by CamScanner

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Benjamin J Cavallaro Esq
Apothaker Scian P.C
520 Fellowship Rd Ste C-306
NJ 08054-5496

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Natalie Friess
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Natelle Fness

C. Date of Delivery
11/12/14

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7014 0510 0000 8749 0507

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



Blumberg No. 5119

EXHIBIT C

## Case #2015-05203

| | |
|---|---|
| Case Number | 2015-05203 |
| Commencement Date | 3/11/2015 |
| Case Type | Complaint Civil Action |
| PFA Number | |
| Caption Plaintiff | CAVALRY SPV I LLC AS ASSIGNEE OF CAPITAL ONE BANK USA N A |
| Caption Defendant | THOMAS, SOY |
| Lis Pendens Indicator | No |
| Status | 6 - CLOSED |
| Judge | BARRETT |
| Remarks | |
| Sealed | No |
| Interpreter Needed | |

### Plaintiffs

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| CAVALRY SPV I LLC AS ASSIGNEE OF CAPITAL ONE BANK USA N A | 500 SUMMIT LAKE DRIVE STE 400 VALHALLA, NY 10595 UNITED STATES | UNITED STATES | APOTHAKER, DAVID J | Yes | 1 |

### Defendants

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| THOMAS, SOY | 37 SIMONS WAY HUNTINGDON VALLEY, PA 19006 UNITED STATES | UNITED STATES | ADAMS, JOSEPH M | Yes | 1 |

### Docket Entries

| Seq. | | Filing Date | Docket Type | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|---|
| 0 | E | 3/11/2015 | Complaint Civil Action | | No | 10205193 |
| 1 | | 3/26/2015 | (Internal Use Only) Served | SOY THOMAS ON 3-24-15 | No | 10233297 |
| 2 | E | 4/14/2015 | Entry of Appearance | OF JOSEPH M. ADAMS, ESQ. FOR DEFENDANT SOY THOMAS | No | 10257357 |
| 3 | E | 4/14/2015 | Preliminary Objections of | SOY THOMAS WITH MEMORANDUM OF LAW WITH SERVICE ON 04/15/2015 | No | 10257564 |
| 4 | E | 4/14/2015 | Affidavit/Certificate of Service of | ENTRY OF APPEARANCE ON 04/14/2015 TO DAVID J. APOTHAKER, ESQ. | No | 10257542 |
| 5 | E | 4/24/2015 | Order to Discontinue For Cases Filed 1993 & Above | | No | 10272297 |



EXHIBIT D

LAW OFFICE OF

# JOSEPH M. ADAMS

ATTORNEY AT LAW
200 HIGHPOINT DRIVE, SUITE 211A
CHALFONT, PA  18914-3925

TEL: (215) 996-9977
FAX: (215) 996-9111

MEMBER: PA & NJ BARS

August 14, 2015

15   4679

Clerk of Court
U.S.D.C. for the E.D. Pa.
U.S. Courthouse
601 Market St, Room 2609
Philadelphia, PA  19106-1797

Re:   Thomas v. Apothaker, et al.

Dear Clerk:

Please file the enclosed complaint and accompanying paperwork, and return a summons for each defendant. A CD of the complaint is enclosed along with a check in the amount of $400 for the filing fee.

Thank you.

Very truly yours,

Joseph M Adams

Joseph M. Adams
Attorney for Plaintiff

Enclosures

JS 44 (Rev. 12/12)          **CIVIL COVER SHEET**     15-cv-4679

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
SOY THOMAS

### DEFENDANTS
APOTHAKER SCIAN, P.C.
CAVALRY SPV I, LLC

**15 4679**

**(b)** County of Residence of First Listed Plaintiff   MONTGOMERY
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
LAW OFFICE OF JOSEPH M. ADAMS
JOSEPH M. ADAMS, ESQ.
200 HIGHPOINT DRIVE, SUITE 211A
CHALFONT, PA 18914

Attorneys *(If Known)*

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☒ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. Section 1692 et seq.
Brief description of cause:
Defendants violated the FDCPA

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes   ☐ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE 8/13/2015    SIGNATURE OF ATTORNEY OF RECORD *[signature]*

AUG 17 2015

**FOR OFFICE USE ONLY**
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 37 SIMONS WAY, HUNTINGDON VALLEY, PA 19004

Address of Defendant: 520 FELLOWSHIP ROAD, SUITE C306, MOUNT LAUREL, NJ 08054; 500 SUMMIT LAKE DRIVE, SUITE 400, VALHALLA, NY 10595

Place of Accident, Incident or Transaction: MONTGOMERY COUNTY, PA
(Use Reverse Side For Additional Space)

**15    4679**

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐   No☒

Does this case involve multidistrict litigation possibilities?   Yes☐   No☒

RELATED CASE, IF ANY:
Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐   No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐   No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. Federal Question Cases:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify) 15 U.S.C. Section 1692 et seq (FDCPA)

B. Diversity Jurisdiction Cases:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

## ARBITRATION CERTIFICATION
(Check Appropriate Category)

I, JOSEPH M. ADAMS, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: 8/13/2015   _____[signature]_____   58430
                   Attorney-at-Law         Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 8/13/2015   _____[signature]_____   58430
                   Attorney-at-Law         Attorney I.D.#

CIV. 609 (5/2012)

AUG 17 2015



IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| SOY THOMAS | : | CIVIL ACTION |
| v. | : | **15  4679** |
| APOTHAKER SCIAN, P.C. and CAVALRY SPV I, LLC | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus - Cases brought under 28 U.S.C. § 2241 through § 2255.   ( )

(b) Social Security - Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.   ( )

(c) Arbitration - Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos - Cases involving claims for personal injury or property damage from exposure to asbestos.   ( )

(e) Special Management - Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)

(f) Standard Management - Cases that do not fall into any one of the other tracks.   (X)

| 8/13/2015 | _Joseph M Adams_ | Joseph M. Adams, Esq. |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for Plaintiff** |
| 215-996-9977 | 215-996-9111 | josephmadamsesq@verizon.net |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

AUG 17 2015